Mark E. Hindley (7222)
David J. Williams (9186)
Stoel Rives LLP
201 South Main Street, Suite 1100
Salt Lake City, Utah  84111
Telephone:  (801) 328-3131
Facsimile:  (801) 578-6999

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALEX RAY COTA, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>J. ANDERSON, an individual; WAYNE ASHTON, an individual; and RON MILLER, an individual,<br><br>          Defendants. | **PLAINTIFF'S MOTION TO REOPEN DISCOVERY**<br><br><br>**CASE NO. 2:04-CV-1048-CW**<br><br>**Judge Clark Waddoups**<br><br>**Magistrate Judge David Nuffer** |

Plaintiff Alex Ray Cota  hereby moves the Court to reopen discovery in the present case.

The period for fact discovery expired in October, 2008 without any discovery being conducted

by either party.  The Court has recently appointed pro bono counsel for Mr. Cota and, after

discussions with Mr. Cota and review of the case, that counsel has determined that Mr. Cota

must amend his complaint to properly vindicate his claims.

Part of that discovery will be directed at identifying the proper defendants to name as

allegedly responsible for the neglect that Mr. Cota experienced during his incarceration at the

Utah State Penitentiary.  This neglect and indifference ultimately led, at least in part, to the loss of Mr. Cota's leg.

This discovery will allow Mr. Cota to name the proper defendants and properly prosecute his case.  More importantly, given that no discovery has occurred in this case, Defendants cannot argue that they will be prejudiced if the Court allows that discovery to occur now.  The prejudice to Mr. Cota, however, will be significant if he cannot identify the proper parties, amend his complaint, and prosecute his case.  Therefore, the Court should grant the present motion and allow the parties to reopen the fact discovery period.  A Memorandum in Support of this motion is filed contemporaneously herewith.

STOEL RIVES LLP


/s/ David J. Williams
Mark E. Hindley
David J. Williams

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of May, 2009, I caused to be filed a true and correct

copy of the foregoing **PLAINTIFF'S MOTION TO REOPEN DISCOVERY** via CM/ECF,

which system will notify the following via e-mail:


      David N. Wolf
      UTAH ATTORNEY GENERAL'S OFFICE
      dnwolf@utah.gov

      Peggy E. Stone
      UTAH ATTORNEY GENERAL'S OFFICE
      pstone@utah.gov


                  /s/ David J. Williams